IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CR-00332-BCW-2 |
| ) | |
| TERESA BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #239) acknowledging Defendant's Stipulation to Facts and Findings of Psychiatric Evaluation Report and Waiver of Competency Hearing (Doc. #234). Neither party filed objections to the Report and Recommendation (Doc. #239). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (#239) be attached to and made part of this Order, and the Court acknowledges and adopts Defendant's Stipulation to Facts and Findings of Psychiatric Evaluation Report and Waiver of Competency Hearing (Doc. #234).

IT IS SO ORDERED.

DATED: October 31, 2012    /s/ Brian C. Wimes
                           JUDGE BRIAN C. WIMES
                           UNITED STATES DISTRICT COURT